1 **ROGER K. LITMAN, 57634**
**Attorney at Law**
2 **Civic Center Square**
**2300 Tulare Street, Suite 230**
3 **Fresno, California 93721**
**Telephone: (559) 237-6000**
4 **Facsimile: (559) 233-6044**

5 Attorney for Defendant, DORIAN POWELL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:07-CR-00086 AWI |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **ORDER TO CONTINUE** |
| ) | **SENTENCING HEARING** |
| DORIAN POWELL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for October 21, 2013 be continued to October 28, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.

The Continuance is needed to afford defense counsel sufficient time to prepare and submit a sentencing memorandum in response to the SUPERVISED RELEASE VIOLATION/DISPOSITIONAL MEMORANDUM received from the probation officer on October 15, 2013.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

| | |
|---|---|
| DATED: October 17, 2013 | /s/ Grant Rabenn<br>**GRANT RABENN**<br>Assistant United States Attorney<br>This was agreed to by Mr. Rabenn via telephone on October 17, 2013 |
| DATED: October 17, 2013 | /s/ Roger K. Litman<br>**ROGER K. LITMAN**<br>Attorney for Defendant<br>**DORIAN POWELL** |

IT IS SO ORDERED.

Dated: October 17, 2013

_____
SENIOR DISTRICT JUDGE